# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0702 DOC (ANx)            Date: July 9, 2009

Title:  VASSIL KRAPF -V- NATIONS RECOVERY CENTER INC

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
              Date:_____ Deputy Clerk: _____

PRESENT:

          THE HONORABLE DAVID O. CARTER, JUDGE

    Kristee Hopkins                      Not Present
    Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                  NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE REMAND TO STATE COURT

       The Plaintiffs in these two actions (SACV 09-0702 DOC (ANx) and SACV 09-0693 DOC (RNBx)) appear to be making nearly identical factual allegations under the same legal authorities. The Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing on or before July 24, 2009, why these two cases should not be consolidated as related cases.